No. 97–5993. KAMPFER v. GOKEY. C. A. 2d Cir. Certiorari denied.

No. 97–5994. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6000. STRABLE v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 97–6025. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 97–6043. JOHNSON v. MORTON, SUPERINTENDENT, NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 97–6074. NICOL v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 97–6108. VINCENT v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 97–6111. WEBB v. PULITZER PUBLISHING CO. C. A. 8th Cir. Certiorari denied.

No. 97–6112. TISDALE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–6121. CROCKER v. ROBINSON, WESTERN REGIONAL DIRECTOR, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6129. RIVERA v. PARKER ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6130. JOHNSTON v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6136. CARRASQUILLO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.